**Electronically Filed
Supreme Court
SCWC-18-0000542
02-AUG-2019
10:59 AM**

SCWC-18-0000542

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

PHILIP BROWN,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000542; CASE NO. 1DTA-17-03527)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Philip Brown's

application for writ of certiorari filed on June 26, 2019, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, August 2, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

